UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>$65,381.00 IN UNITED STATES CURRENCY,<br>$7,900.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　　Defendants. | 3:12-CV-214-LRH-VPC<br><br>ORDER |

　　　Before the court is the United States' Unopposed Motion to Sever Defendants (#20).[1]
Good cause appearing,

　　　IT IS ORDERED that the United States' Unopposed Motion to Sever Defendants (#20) is GRANTED.

　　　IT IS FURTHER ORDERED that the Clerk of the Court shall sever the defendants into two separate civil actions – at the Clerk's discretion, and transfer the docket entries of one of the defendant-assets formerly designated as 3:12-cv-214 to the new file and docket number while maintaining the other defendant-assets in the case presently docketed as 3:12-cv-214.

　　　IT IS SO ORDERED.

　　　DATED this 13th day of September, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.